# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TRADEMARK MEDICAL, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12-CV-1890-JAR |
| | ) |
| BIRCHWOOD LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss [ECF No. 6]. In light of Plaintiff's First Amended Complaint [ECF No. 14] filed with leave of Court on November 26, 2012, the motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [6] is **DENIED** as moot.

Dated this 28th day of November, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE