**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRADEMARK MEDICAL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-1890-JAR |
| | ) | |
| BIRCHWOOD LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**MEMORANDUM AND ORDER**</u>

This matter is before the Court on Defendant's Motion to Dismiss [ECF No. 6]. In light

of Plaintiff's First Amended Complaint [ECF No. 14] filed with leave of Court on November 26,

2012, the motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [6] is **DENIED** as

moot.

Dated this 28th day of November, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE